**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1045

BRADLEY R. MARSHALL,

Plaintiff – Appellant,

v.

STEPHEN L. PURCELL; JENNIFER GEE; UNITED STATES DEPARTMENT
OF LABOR; JOHN DOE(S); JANE DOE 1; JANE DOE 2; JANE DOE 3;
JANE DOE 4; JANE DOE 5,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Richard Mark Gergel, District
Judge.   (2:12-cv-00084-RMG)

Submitted:  May 23, 2013                  Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bradley R. Marshall, Appellant Pro Se. Lee Berlinsky, OFFICE OF
THE UNITED STATES ATTORNEY, Charleston, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley R. Marshall appeals the district court's orders accepting the recommendation of the magistrate judge as modified and dismissing Marshall's action under the Administrative Procedures Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marshall v. Purcell, No. 2:12-cv-00084-RMG (D.S.C. Dec. 11, 2012; Jan. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED